IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA

Western District

| | | |
|---|---|---|
| James Harry Hodson, III,<br>    Petitioner | : | |
| | | C.A. No. 05-92 ERIE |
| vs. | : | |
| Marilyn Brooks,<br>    Respondent | | |
| | : | |

PRAECIPE FOR APPEARANCE

AND NOW, this 18 day of July, 2005, I hereby enter an appearance on behalf of the Commonwealth, Paula C. DiGiacomo, Esq., the Respondent in the above captioned case.

*Paula DiGiacomo*
PAULA C. DIGIACOMO, ESQ.
First Assistant District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA 16335
Telephone: (814) 333-7455
Attorney No. 69743

IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA

Western District

| | | |
|---|---|---|
| James Harry Hodson, III,<br>     Petitioner | : | |
| | | C.A. No. 05-92 ERIE |
| vs. | : | |
| Marilyn Brooks,<br>     Respondent | : | |

PROOF OF SERVICE

I hereby certify that on July 18, 2005, I served a true and correct copy of the foregoing Praecipe for Appearance on the Petitioner, James Hodson, III.

_____
PAULA C. DIGIACOMO, ESQ.
First Assistant District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA  16335
Telephone:  (814) 333-7455
Attorney No. 69743