IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Harry Hodson, III,<br>    Petitioner | : |
| vs. | : |
| | C.A. No. 05-92 Erie |
| Marilyn Brooks,<br>    Respondent | : |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONDENT'S ANSWER AND BRIEF**

AND NOW this 18th day of July, 2005, comes the Commonwealth of Pennsylvania, by Paula C. DiGiacomo, Esq., Assistant District Attorney of Crawford County, Pennsylvania, and respectfully requests for this Honorable Court to extend the filing deadline as to when the Respondent has to have its answer and brief filed with this Honorable Court. At this time, the filing deadline is on or about August 8, 2005. The reasons for this request are as follows:

1. The undersigned attorney anticipates that the completion of the Respondent's answer and brief will take a significant amount of time including coping the reproduced record.

2. This is the first time that the Respondent has asked for an extension of time to file its brief.

Respectfully submitted,

_____
PAULA C. DIGIACOMO, ESQ.
First Assistant District Attorney

1