IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

James Harry Hodson, III,          :
    Petitioner
  vs.                             :
                                              C.A. No. 05-92 Erie
Marilyn Brooks,                   :
    Respondent

## ORDER

AND NOW, this _____ day of _____, 2005, upon presentation and consideration of the Respondent's Motion for Extension of Time to File Respondent's Brief:

-----------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------------------------

-----------------------------------------------------------------------------.

                                                        BY THE COURT,

Attorney for Respondent:
Paula C. DiGiacomo, Esquire
First Assistant District Attorney's Office
Crawford County Court House
Meadville, PA  16335

James Harry Hodson, III EL-3079
SCI Mahanoy
301 Morea Road
Frackville, PA  17932-0001