IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES HARRY HODSON, III,** | ) | |
| Petitioner | ) | C.A. No. 05-92 Erie |
| | ) | |
| v. | ) | District Judge McLaughlin |
| | ) | Magistrate Judge Baxter |
| **MARILYN BROOKS,** | ) | |
| Respondent. | ) | |

### ORDER

AND NOW, this 21st day of July, 2005;

IT IS HEREBY ORDERED that Respondent's "Motion for Extension of Time to File Respondent's Answer and Brief" [Document # 12] is GRANTED and Respondent shall have until September 7, 2005, to file an answer and brief to the Petition.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


        S/Susan Paradise Baxter
        SUSAN PARADISE BAXTER
        Chief U.S. Magistrate Judge

cc:   All parties of record