IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

James H. Hodson, III,    :
    Petitioner    :
                               :
    v.    :    Ca. No. 05-92 Erie
                               :
Marilyn Brooks,    :
    Respondent    :

## MOTION FOR EXTENSION OF TIME TO FILE PETITIONER'S REPLY BRIEF

    AND NOW this 2nd Day of November, 2005, comes the Petitioner, James H. Hodson, III, Pro Se, and respectfully requests for this Honorable Court to extend the Petitioner's filing deadline with respect to replying to Respondent's Answer and Brief. The reasons are as follows:

    1. Petitioner is proceeding pro se.

    2. The limited access petitioner has to attend the law library

       ( 3 days per week )

                                                        Respectfully submitted,

                                                          */s/ James H. Hodson, III*
                                                          James H. Hodson, III

c.c. File. District Attorney of Crawford County