IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

James H. Hodson, III,         :
          Petitioner          :
                              :
     v.                       :     C. A. No. 05-92 Erie
                              :
Marilyn Brooks,               :
          Respondent          :

### REQUEST FOR DISCOVERY

AND NOW this 2nd Day of November, 2005, comes the petitioner, James H. Hodson, III, Pro Se, and respectfully requests that this Honorable Court order Discovery in this case Pursuant to Rule 6, of the Rules Governing Section 2254 Cases in the United States District Courts. The reasons for this request are as follows:

1. The District Attorney of Crawford County argues that petitioner was advised of his **MIRANDA** rights, and that petitioner was fully aware of the general nature of the transaction that occurred giving rise to Officer Trenga questioning him.

2. The District Attorney of Crawford County has failed to furnish this Honorable Court with all state court records, as ordered, with respect to:

   A. Signed waiver of **MIRANDA** warnings. ( See attachment, fifth page )

   B. Transcribed tape interview of Petitioner.

                                        Respectfully submitted,

                                        *James H. Hodson III*
                                        James H. Hodson, III

c.c. File. District Attorney of Crawford County

```
COMPLAINT NUMBER -> 99-005219

   Received by: TREVIS PEARSON

   Date/Time received: 06/20/99 @ 15:42    How received: Phone

   Time dispatched: 15:44   Time arrived: 15:45   Time cleared: 16:28


COMPLAINANT -> CHERYL

   Address:
   City: MEADVILLE        State: PA   Zip: 16335        Phone: (814


TYPE OF COMPLAINT -> INVESTIGATION AT

   Nature of    THE MMC ER HAS A WOMAN BEING TREATED FOR INJURIES THAT SHE
   complaint    STATES CAME FROM BEING DRUGGED AND RAPED.
                -DOES NOT WANT TO SPEAK WITH AN OFFICER AT THIS TIME.

   How handled: Officer dispatched
   Location code: 2WARD    Location dispatched: MMC

   Officer dispatched:  VINCENT TRENGA
   Officers assisting: 1) BRANDT FULLER


TIME ANALYSIS

   Queue time      (time received to dispatched) =   2 minutes
   Travel time     (time dispatched to arrived)  =   1 minutes
   Response time   (time received to arrived)    =   3 minutes
   Action time     (time arrived to cleared)     =   43 minutes
```



MEADVILLE CITY POLICE DEPARTMENT

DEVORE REPORTS THAT FOR 3 DAYS SHE WAS HELD AT WILL & RAPED

```
Date occurred: 06/18/99 to 06/20/99          Date reported: 06/20/99
Time occurred: 02:00 to 14:00                Time reported: 20:00
                                             Jurisdiction: 20301
Reporting officer: VINCENT TRENGA
Reviewed by: BONNIE VAN NORT                 Date reviewed: 06/21/99

Cleared by:                                  Date cleared:
Case status: Under investigation             Date closed:
```

Offense code: CC2701...SIMPLE ASSAULT
Nature of offense: HIT DEVORE IN TEMPLE WITH FIST

```
Circumstance: Completed                  Location: MMC
Unfounded?     Date:                     Location code: N.CHESTNUT-E.N.MAIN
Bias motivation: None (No bias)          Location type: Residence or home

Alcohol consumed?    Drug/Narcotic?      Premises entered:
Computer equipment used?                 Forced entry?        Abandoned?

Weapon/Force: None
```

Offense code: CC3121...RAPE
Nature of offense: FORCED SEX

```
Circumstance: Completed                  Location: 366 1/2 NORTH STREET
Unfounded?     Date:                     Location code: N.CHESTNUT-E.N.MAIN
Bias motivation: None (No bias)          Location type: Residence or home

Alcohol consumed?    Drug/Narcotic?      Premises entered:
Computer equipment used?                 Forced entry?        Abandoned?

Weapon/Force: None
```

Offense code: CC3124.1...SEXUAL ASSAULT
Nature of offense: FORCED VICTIM

```
Circumstance: Completed                  Location: 366 1/2 NORTH ST
Unfounded?     Date:                     Location code: N.CHESTNUT-E.N.MAIN
Bias motivation: None (No bias)          Location type: Residence or home

Alcohol consumed?    Drug/Narcotic?      Premises entered:
Computer equipment used?                 Forced entry?        Abandoned?
```

```
JAMES HARRY HODSON III                   DOB: 03/06/75  Age at incident: 24
723 TERRACE ST APT-3D                    Sex: M  Race: WHI  Ethnicity: NONH
MEADVILLE, PA  16335                     Height: 5'07"  Weight: 140 lbs.
(814) 337-5141                           SSN: 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

Interviewed? NO   Statement taken? NO    Hair color: Brown
                                         Eye color: Brown
Citations issued? NO                     Build: Medium or average
Warrants issued? NO                      Complexion: Light
```

MEADVILLE CITY POLICE DEPARTMENT

CRITICAL REPORT                                                  Page No. 2
                                                                 08/10/99
DEVORE REPORTS THAT FOR 3 DAYS SHE WAS HELD AT WILL & RAPED

JAMES HARRY HODSON III                           OTN:

Date of arrest: 08/04/99 @                       Informed of charge? NO
Arrest type: Summoned/cited                      Advised of rights? NO
Location: MMC                                    NCIC check? NO
Location code: N.CHESTNUT-E.N.MAIN               Resident? YES

Condition prisoner:                              Other incident(s) cleared? NO
Arrest disposition:                              Date of disposition:   /  /

Arresting officer: DAVID STEFANUCCI
Assisting officer: VINCENT TRENGA

---

LYNNE ANITA DEVORE                               DOB: 03/01/56   Age at incident: 43
366 1/2 NORTH ST.                                Sex: F   Race: WHI   Ethnicity: NONH
MEADVILLE, PA   16335                            SSN: 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
(814) 336-3472                                   Interviewed? YES
                                                 Statement taken? YES   Resident? YES
Employer: UNEMPLOYED
Occupation:                                      Work phone:

Related offenses: CC2701; CC3121; CC3124.1
Relationship to JAMES HARRY HODSON III: Friend

---

Description: 2 PAIR OF PANTIES, 1 BED SHEET, 1 PAIR OF
Serial number: LONG PANTS, 1 QUILT

Type of property: Seized                         Disposition:
Category: Special category                       Property storage number: 99-000059
Value property:   $100      Qty:                 Property currently stored? YES

Related offenses: CC2701; CC3121; CC3124.1

Case 1:05-cv-00092-SJM-SPB   Document 18   Filed 11/07/2005   Page 5 of 7

Sequence: 01                    IDENT SUPPLEMENTAL REPORT                    Page No. 1
                                                                             06/25/99
99-005219 DEVORE REPORTS THAT FOR 3 DAYS SHE WAS HELD AT WILL & RAPED

Reported by: VINCENT TRENGA            Date reported: 06/20/99
Reviewed by: BONNIE VAN NORT           Date reviewed: 06/21/99

    ON THE ABOVE DATE AT APPROX. 1544 HOURS THIS OFFICER WAS DISPATCHED TO MMC TO TAKE A REPORT FOR A ALLEGED RAPE.
    UPON MY ARRIVAL I SPOKE WITH THE VICTIM ID TO BE LYNNE DEVORE WHO APPEARED TO BE VERY UPSET STATING THAT SHE DID NOT WANT TO PRESS CHARGES ON THE SUSPECT (JAMES HODSON) THAT SHE JUST WANTED HIM TO STAY AWAY FROM HER. I EXPLAINED THE PROCESS ON GOING THROUGH THE CHARGES AND AGAIN SHE STATED THAT ALL SHE WANTED WAS A PFA. DEVORE BECAME VERY UPSET AS A LADY FROM WOMEN SERVICES AND A FRIEND OF DEVORES TRIED TO ENCOURAGE HER TO GO THROUGH WITH THE CHARGES. THIS OFFICER WAITED FOR 45 MIN. WHILE THEY PLEADED WITH DEVORE AND SHE STILL DID NOT WANT ANYTHING DONE AS FAR AS THE RAPE WENT. I THEN ASKED HER IF SHE WOULD AT LEAST CONSIDER A HARASSMENT OR SIMPLE ASSAULT CHARGE. SHE STATED MAYBE AND I ADVISED HER TO HAVE PICTURES TAKEN AT THE HOSPITAL OF THE VISIBLE INJURIES. I THEN ADVISED DEVORE TO GET A PFA FIRST THING IN THE MORNING AND THAT SHE COULD GET AHOLD OF ME IF SHE WANTED TO FILE THE ASSAULT CHARGE AND THEN I LEFT.
    AT APPROX. 1911 HOURS DEVORE CALLED THE STATION STATING SHE CHANGED HER MIND AND WANTED TO GO THROUGH WITH THE RAPE CHARGES. I WENT TO MMC AND SPOKE WITH DEVORE, BY THIS TIME SHE HAD ALREADY COMPLETED THE RAPE KIT AND WAS FULLY CLOTHED READY TO LEAVE THE HOSPITAL. SINCE DEVORE WAS FINISHED THERE I WANTED TO CONDUCT MY INTERVIEW AT THE STATION SO I TOLD HER TO MEET ME THERE.
    ONCE AT THE STATION, I ASKED DEVORE WHAT CHANGED HER MIND AND SHE STATED THAT HER BROTHER TOLD HER THAT HE WAS GOING TO KILL HODSON IF SHE DIDNT PRESS CHARGES ON HIM. SHE SAID SHE WANTED TO TALK TO ME SO HER BROTHER WOULDNT GO OUT AND GET IN TROUBLE.
    THIS OFFICER ADVISED DEVORE THE PENALTY OF FALSE REPORTS IN WHICH SHE SAID SHE UNDERSTOOD. I THEN CONDUCTED A TAPE RECORDED INTERVIEW. DEVORE STATED THAT SHE WAS HELD AGAINST HER WILL, PHYSICALLY ABUSED AND FORCEFULLY RAPED FROM 0200 HOURS ON FRIDAY THE 18TH UNTIL APPROX. 1400 HOURS ON SUNDAY THE 20TH. DEVORE STATED THAT SHE WAS ABLE TO SNEAK AWAY AND USE THE PHONE TO LEAVE A MESSAGE AT A FRIENDS HOUSE THAT SHE NEEDED HELP. AFTER HODSON FINALLY LEFT SUNDAY AFTERNOON, THE FRIEND DEVORE CALLED HAD ARRIVED. AT THIS TIME DEVORE TOOK A SHOWER AND THEN WENT TO THE E.R. AT THE COMPLETION OF THE INTERVIEW THIS OFFICER FOLLOWED DEVORE BACK TO HER APT. AT 366 1/2 NORTH ST. TO MAYBE FIND SOME EVIDENCE IN WHICH I RECOVERED 2 PAIR OF PANTIES, 1 PAIR OF PANTS, 1 BED SHEET AND A QUILT THAT ALL MAY HAVE SEMINAL FLUID ON THEM FROM HODSON. THE ITEMS WERE BAGGED AND SEALED AS EVIDENCE AND STORED IN THE GARAGE. RAPE KIT WAS SEALED AND STORED IN THE FRIDGE. PICTURES OF BRUISE ON FACE AND MARK ON RIGHT SHOULDER AVAILABLE.
    SEE TRANSCRIBED TAPE FOR FURTHER DETAILS.

```
Sentence: 02         INCIDENT SUPPLEMENTAL REPORT              Page No.    1
                                                                 08/10/99
#99-005219 DEVORE REPORTS THAT FOR 3 DAYS SHE WAS HELD AT WILL & RAPED
```

Reported by: VINCENT TRENGA           Date reported: 06/21/99
Reviewed by: BONNIE VAN NORT          Date reviewed: 06/21/99

ON THE ABOVE DATE AT APPROX. 0100 HOURS THIS OFFICER ALONG WITH OFFICER GUMP WENT TO HODSON'S RESIDENCE AT 723 TERRACE ST. APT. 3A. JUST PRIOR TO THIS I CONTACTED HODSON BY PHONE AND ASKED HIM IF HE WOULD COME TO THE STATION SO I COULD TALK TO HIM. HE THEN ASKED "IS THIS ABOUT LYNNE AND THE PILL'S" AND THEN THE PHONE DISCONECTED.

UPON ARRIVAL AT HODSON'S HE SAID HE WANTED TO GO TO BED AND I TOLD HIM THAT IT WAS INPORTANT THAT I TALK TO HIM AND THAT I WOULD BE BRIEF. HODSON THEN AGREED AND WE TRANSPORTED HIM TO THE STATION.

I FIRST MADE IT CLEAR TO HODSON THAT HE WAS NOT UNDER ARREST BUT STILL HAD TO READ HIM HIS RIGHT'S IN WHICH HE UNDERSTOOD AND SIGNED THE WAIVER.

AT THIS TIME I CONDUCTED A TAPED INTERVIEW, SEE TRANSCRIPT FOR DETAILS.

HODSON STATED THAT HE DID NOT WANT TO TALK TO ME ANY MORE AND THAT HE WOULD TALK TO THE DETECTIVE AT A LATER DATE WITH AN ATTORNEY. WHILE RECORDER WAS SHUT OFF HE STATED THAT HE WISH HE WOULDNT OF DONE WHAT HE DID WITHOUT GOING INTO DETAILS AND BIENG ELUSIVE ABOUT WHAT HE DID AND THAT HE DIDNT TRUST HIMSELF AROUND HER. HODSON SHOWED ME SOME SCRATCH MARKS ON THE RIGHT SIDE OF HIS BELLY HE SAID HE GOT FROM DEVORE. HE STAED SHE SCRATCHED HIM WHEN THEY WERE FIGHTING WITH EACHOTHER. HE WOULD NOT LET ME TAKE PICTURES OF THE SCRATCHES STATING THAT THEY COULD BE USED AGAINST HIM IN A COURT OF LAW.

THIS OFFICER THEN TRANSPORTED HODSON BACK TO HIS RESIDENCE.

MEADVILLE CITY POLICE DEPARTMENT

INCIDENT SUPPLEMENTAL REPORT

Page No. 1
06/25/99

99-005219 DEVORE REPORTS THAT FOR 3 DAYS SHE WAS HELD AT WILL & RAPED

Reported by: DAVID STEFANUCCI                Date reported: 06/21/99
Reviewed by: BONNIE VAN NORT                 Date reviewed: 06/21/99

At 0830, I received a phone call from James Hodson. He told me he forgot to tell Ptl. Trenga, while he and Lynne Devore were having sex, her brother walked in on them. He said she pulled the covers over her head as she was embarrased being caught. He said they both laughed about it after her brother left. He said I said he had to leave for work and he could be reached at home 337-5141. He said a message could be left on his recorder and he would return the call.