**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES HARRY HODSON, III,** | ) | |
| Petitioner | ) | C.A. No. 05-92 Erie |
| | ) | |
| v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| **MARILYN BROOKS,** | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this 14th day of November, 2005;

In response to Petitioner's "Request for Discovery" [Document # 18] that has been filed with this Court, IT IS HEREBY ORDERED that the District Attorney of Crawford County shall file with this Court Petitioner's signed waiver of his Miranda warnings and the transcript of Petitioner's tape interview, as requested by Petitioner. The District Attorney is further Ordered to produce all other state court records that may have been omitted from the records previously filed with this Court, as required by this Court's Rule and Order dated May 23, 2005.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge