IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

James H. Hodson, III,
    Petitioner

v.                                              C.A. No. 05-92 Erie

Marilyn Brooks,
    Respondent

## APPLICATION FOR APPOINTMENT OF COUNSEL

      AND NOW this 19th day of December 2005, comes the Petitioner, James H. Hodson, III, pro se, who respectfully requests that this Honorable Court appoint counsel in the above captioned case. Petitioner offers the following in support of said request:

    1. I am the Petitioner in the above-captioned matter.

    2. I am without a lawyer and I am without the financial resources or otherwise able to obtain a lawyer.

    3. I am currently paid the rate of 19¢ per hour as an inmate worker.

    4. Within the past twelve (12) months I have not received any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, pensions, annuities, social security benefits, support payments or other sources.

    5. Apart from $45.00 in my institutional inmate account, I do not have any checking or savings accounts. I do not own any real estate, stocks, bonds or other valuable property.

    **WHEREFORE,** for the foregoing reasons, Petitioner requests that this Honorable Court appoint him counsel to represent him.

Respectfully Submitted,

*James H. Hodson III*
James H. Hodson, III, pro se