NAME James Hodson
NUMBER EL 3029
301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT
OF CORRECTIONS

HASLER
APR 21 2006
$0.39
US POSTAGE
FIRST CLASS
MAILED FROM 17932
011A0413004017

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

16507+0820-20 B007