IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

James Harry Hodson, III,
    Petitioner,    :

vs.    :    C.A. No. 05-92 Erie

Marilyn Brooks,
    Respondents,    :

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the within motion, the Order granting an evidentiary hearing is vacated and the hearing scheduled for October 11, 2006, at 10:00 a.m. is cancelled.

BY ORDER OF THE COURT,

_____
J.