IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HARRY HODSON III,<br>      Petitioner | )<br>)<br>) |
| v. | )  Civil Action No. 05-92 E<br>) |
| MARILYN BROOKS, et al.<br>      Respondents | )<br>) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, to-wit, this 27th day of September, 2006, the above named individual having appeared before this Court and having been sworn to testify truthfully as to his financial ability to hire counsel and the Court being satisfied as a result thereof that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania, 16501, telephone number (814) 455-8089, is hereby appointed to represent the individual in all matters pertaining to this matter.

PRIMARY COUNSEL:   Thomas W. Patton
                                 Assistant Federal Public Defender
                                 PA ID # 88653

                                          s/Susan Paradise Baxter
                                          SUSAN PARADISE BAXTER
                                          Chief United States Magistrate Judge