IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA

Western District

James H. Hodson, III,
    Petitioner          :

                                          C.A. No. 05-92 ERIE

vs.

                              :

Marilyn Brooks,
    Respondent

                              :

PRAECIPE FOR APPEARANCE

AND NOW, this 4th day of October, 2006, I hereby enter an appearance on behalf of the Commonwealth, Noah A. Erde, Esq., the Respondent in the above captioned case.

_____
NOAH A. ERDE, ESQ.
Assistant District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA 16335
Telephone: (814) 333-7455
Attorney No. 91879

IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA

Western District

James H. Hodson,
    Petitioner          :

                                                C.A. No. 05-92 ERIE

  vs.

                                           :

Marilyn Brooks,
    Respondent
                                           :

PROOF OF SERVICE

I hereby certify that on October 4, 2006, I served a true and correct copy of the foregoing Praecipe for Appearance on the Petitioner, James H. Hodson, EL-3079, SCI Mahanoy, 301 Morea Road, Frackville, PA 17932.

*[signature]*

NOAH A. ERDE, ESQ.
Assistant District Attorney
Attorney for Respondent
Crawford County Courthouse
Meadville, PA 16335
Telephone: (814) 333-7455
Attorney No. 91879