IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

James H. Hodson, III,
    Petitioner

V.                                                       C.A. No. 05-92 Erie

Marilyn Brooks,
    Respondent

FILED
'06 OCT -5 A9:48
CLERK
U.S. DISTRICT COURT

## APPLICATION FOR APPOINTMENT OF COUNSEL

AND NOW this 30th day of September, 2006, comes the Petitioner, James H. Hodson, III, Pro Se, who respectfully requests that this Honorable Court appoint counsel in the above captioned case pursuant to Rule 8 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner offers the following in support of said request:

    1. I am the Petitioner in the above captioned matter.

    2. I am without a lawyer and I am without the financial resources or otherwise able to obtain a lawyer.

    3. This case involves substantial and complex procedural, legal or mixed legal and factual questions which an appointment of counsel would benefit both Petitioner and this Honorable Court by allowing counsel to develop Petitioner's arguments and focus this Honorable Court's analysis.

    4. I am incarcerated and indigent, and I am in no position to investigate facts and present claims crucial to this case.

    5. Apart from $24.00 in my institutional account, I do not have any checking or savings accounts. I do not own any real estate, stocks, bonds or valuable property.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that this Honorable Court appoint him counsel to represent him.

Respectfully submitted,

James H. Hodson, III
Pro Se