NAME James Hodson
NUMBER EL3019
301 MOREA ROAD
FRACKVILLE, PA 17932

INMATE MAIL
PA DEPT
OF CORRECTIONS



$0.39
US POSTAGE
FIRST CLASS
MAILED FROM 17932
OCT 02 2006



16507+0820-20 B007

Clerk of Court
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

**RECEIVED**

OCT - 5 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA