**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES HARRY HODSON, III, )<br>          Petitioner, )<br>)<br>) C.A. No. 05-92 Erie<br>)<br>MARILYN BROOKS, et al, )<br>          Respondents. ) | |

**ORDER**

AND NOW, this 10th day of October, 2006;

IT IS HEREBY ORDERED that an evidentiary hearing in the above-entitled action is scheduled for Thursday, October 26, 2006, at 9:30 a.m. in Courtroom B, United States District Court, 17 South Park Row, Erie, Pennsylvania.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                            s/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF U.S. MAGISTRATE JUDGE

cc: all parties of record (lw)