IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. HODSON, III, | ) | |
|     Petitioner | ) | |
|     v. | ) | C.A. No. 05-92 Erie |
| | ) | District Judge McLaughlin |
| MARILYN BROOKS, et. al., | ) | Magistrate Judge Baxter |
|     Respondents. | ) | |

## ORDER

    Petitioner has filed an application for appointment of counsel [Document # 35]; however, this Court has already issued an Order appointing Attorney Thomas W. Patton of the Federal Public Defender's Office as Plaintiff's counsel in this matter. [Document # 33]. As a result, Petitioner's application for appointment of counsel is moot.

    AND NOW, this 10th day of October, 2006;

    IT IS HEREBY ORDERED that Petitioner's application for appointment of counsel [Document # 35] is dismissed as moot.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

    S/Susan Paradise Baxter
    SUSAN PARADISE BAXTER
    Chief U.S. Magistrate Judge