# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

James Harry Hodson, III )
)
)
Petitioner )
vs.   No. CA 05-92 Erie
Marilyn Brooks, et al )
)
)
Respondents )

**HEARING ON** December 21, 2006   Evidentiary Hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Thomas W. Patton, Esq., Federal P.D.         Paula C. DiGiacomo, Esq.
                                              Noah A. Erde, Esq.

Appear for Petitioner                         Appear for Respondents

Hearing Begun  10:10 a.m. / 2:15              Hearing Adjourned to 12:15 / 3:38

Hearing concluded C.A.V.                      Stenographer  James Ferguson
                                              CD:          Index:

**WITNESSES**

For Plaintiff                                 For Defendant

Testimony taken                               Court to issue ruling
in writing.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

JAMES HARRY HODSON, III

V.

MARILYN BROOKS, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CA 05-92 Erie

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Paradise Baxter | Thomas W. Patton, Esq. | Paula DiGiacomo, Esq./Noah A. Erde, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December 21, 2006 | James Ferguson | Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| ✓ | | 12-21-06 | | James Hodson III, petitioner - witness |
| #1 | | 12-21-06 | | letter from Atty Prather to pet. (Part of record) |
| #2 | | 12-21-06 | ✓ | 1st PCRA petition (Part of record) |
| ✓ | | 12-21-06 | | Ross Prather, witness for pet |
| #3 | | 12-21-06 | ✓ | Complaint |
| #4 | | 12-21-06 | ✓ | criminal information against pet |
| #5 | | 12-21-06 | ✓ | Police report of investigating officer |
| #6 | | 12-21-06 | | transcript of police interview w/ pet |
| | | 12-21-06 | | Vincent Trenga - police officer - Meadville |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages