IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES HARRY HODSON, III,              )
        Petitioner,                     )
                                        )
                                        ) C.A. No. 05-92 Erie
                                        )
MARILYN BROOKS, et al,                )
        Respondents.                    )

**ORDER**

    AND NOW, this 29th day of February, 2008;

    IT IS HEREBY ORDERED that the Transcript of the Evidentiary Hearing held December 21, 2006, before the Honorable Susan Paradise Baxter, be filed with the Court. The transcript is for the benefit of the Court. Costs to be borne by the United States.

                                        s/Susan Paradise Baxter
                                        SUSAN PARADISE BAXTER
                                        CHIEF U.S. MAGISTRATE JUDGE

cc:   all parties of record (lw)