IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| JAMES HARRY HODSON, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-92 Erie |
| | ) | |
| MARILYN BROOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, upon consideration of Petitioner's Motion to Extend Time to File Objections to Report and Recommendation, it is hereby ordered that the motion is GRANTED. Petitioner's objections to the Report and Recommendation are due by Wednesday, April 2, 2008.

_____
SEAN J. McLAUGHLIN
United States District Judge