IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HARRY HODSON, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C. A. No. 05-92 Erie |
| | ) |
| MARILYN BROOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

AND NOW, upon consideration of Petitioner's Motion to Extend Time to File Objections to Report and Recommendation, it is hereby ordered that the motion is GRANTED. Petitioner's objections to the Report and Recommendation are due by Tuesday, March 25, 2008.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge