IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HARRY HODSON, III, | ) |
| Petitioner, | ) |
| v. | ) C. A. No. 05-92 Erie |
| MARILYN BROOKS, et al., | ) |
| Respondents. | ) |

## ORDER

AND NOW, upon consideration of the petitioner's objections to Chief Magistrate Judge Baxter's report and recommendation in the above captioned case, it is hereby ordered that the objections are GRANTED. A writ of habeas corpus shall issue forthwith vacating petitioner's conviction in Crawford County Court of Common Pleas case number 1999-868. Petitioner shall be released from the Pennsylvania Department of Corrections forthwith.

_____
SEAN J. McLAUGHLIN
United States District Judge