NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Erie)

Circuit Court Docket No. _____

FULL CAPTION IN DISTRICT COURT:

**JAMES HARRY HODSON, III**            District Court
                                        Docket No. **1:05cv00092**

          v.

                                        District Court
**MARILYN S. BROOKS,**                  Judge **Sean J. McLaughlin**
**DISTRICT ATTORNEY OF**
**CRAWFORD COUNTY and**
**ATTORNEY GENERAL OF PENNSYLVANIA**

   Notice is hereby given that  **James Harry Hodson, III**

appeals to the United States Court of Appeals for the Third

Circuit from [ ] Judgment; [**X**] Order; [ ] Other (Specify)_____

 **denying petition for writ of habeas corpus and denial of**

**application for certificate of appealability.**

entered in this action on  **3/31/08** .

DATED: **4/22/08**


/s/Thomas W. Patton
(Counsel for Appellant-signature)

Thomas W. Patton; PA ID # 88653        Noah Erde
(Name of Counsel - Typed)              (Counsel for Appellee)

Federal Public Defender's Office       District Attorney's Office-Crawford Co.
(address)                              (address)

1001 State Street, Suite 1111          Crawford County Courthouse-Room 25
Erie, PA 16501                         903 Diamond Park
                                       Meadville, PA 16335

(814) 455-8089                         (814) 333-7455
(Tel. No. - FTS or Other)              (Tel. No. - FTS or Other)